UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| CHRISTINA NICOLE PURSLEY | ) | CASE NUMBER A17-68599-JWC |
| | ) | |
| DEBTOR | ) | |

### MOTION TO DISMISS FOR FAILURE TO REMIT 2019 TAX RETURN AND REQUEST FOR DISCLOSURE OF ANY INCOME CHANGES

COMES NOW Nancy J. Whaley, Standing Chapter 13 Trustee, in the above styled case, and respectfully shows the Court the following:

1.

Debtor(s) filed a petition for relief under Chapter 13 of Title 11 on October 25, 2017. The Chapter 13 Plan was confirmed on February 28, 2018.

2.

The Debtor(s) is required to remit a copy of all filed Federal Income Tax Returns to the Trustee during the pendency of the case, 11 U.S.C. § 521(f)(4)(B). As of November 18, 2020 the Debtor(s) has failed to remit the 2019 Federal Income Tax Return to the Trustee.

Wherefore, the Trustee prays that the Debtor(s) remit the requested tax return and any applicable refund to the Trustee. If not provided, the Trustee requests this case be dismissed. In addition, if the Debtor(s)' tax return reflects an increase in income that has not been properly disclosed before the Court, the Trustee prays this case be dismissed and any other relief this Court deems just and reasonable

This the 18th day of November, 2020.

/s/_____
Julie M. Anania
Attorney for the Chapter 13 Trustee
State Bar No. 477064

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| **CHRISTINA NICOLE PURSLEY** | ) | **CASE NUMBER A17-68599-JWC** |
| | ) | |
| DEBTOR | ) | |

## NOTICE OF HEARING ON MOTION TO DISMISS CASE

PLEASE TAKE NOTICE that the Chapter 13 Trustee has filed a Motion to Dismiss with the Court seeking an Order of Dismissal.

PLEASE TAKE FURTHER NOTICE that the Court will hold a hearing on **December 15, 2020** at **10:05 AM in Courtroom 1203, Richard Russell Building, 75 Ted Turner Drive, S.W., Atlanta, GA. 30303**. *Given the current public health crisis, hearings may be telephonic only. Please check the "Important Information Regarding Court Operations During COVID-19 Outbreak" tab at the top of the GANB Website prior to the hearing for instructions on whether to appear in person or by phone.*

Failure to appear at the hearing or failure to resolve the matter prior to the hearing may result in the dismissal of your case. You should read this motion carefully and discuss it with your attorney, if you have one in your bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the Court to grant the dismissal of your case, you and/or your attorney must attend the hearing unless you have settled the matter prior to the hearing.

This the 18th day of November, 2020.

/s/_____
Julie M. Anania
Attorney for the Chapter 13 Trustee
State Bar No. 477064
303 Peachtree Center Avenue, NE
Suite 120
Atlanta, GA 30303
678-992-1201

## CERTIFICATE OF SERVICE

Case No. A17-68599-JWC

I certify that on this day I caused a copy of this Chapter 13 Trustee's Motion to Dismiss For Failure to Remit 2019 Tax Return to be served via United States First Class Mail with adequate postage prepaid on the following parties at the address shown for each:

CHRISTINA NICOLE PURSLEY
P.O. BOX 1101
PINE LAKE, GA  30072

I further certify that I have on this day electronically filed the foregoing Motion to Dismiss For Failure to Remit 2019 Tax Return using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

**Attorney for the Debtor(s):**

SLIPAKOFF & SLOMKA, PC

This the 18th day of November, 2020.

/s/_____
   Julie M. Anania
   Attorney for the Chapter 13 Trustee
   State Bar No. 477064
   303 Peachtree Center Avenue, NE
   Suite 120
   Atlanta, GA 30303
   678-992-1201